UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JASON CATO, 01B2333,

         Plaintiff,

                    ORDER
  v.                 11-CV-300A

CARLOS RAMOS, GOWANDA
CORRECTIONAL FACILITY,

         Defendant.

---

    The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 10, 2012, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to dismiss the complaint be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion to dismiss the complaint is granted.

    The Clerk of Court shall take all steps necessary to close the case.

    SO ORDERED.

                *s/ Richard J. Arcara*
                HONORABLE RICHARD J. ARCARA
                UNITED STATES DISTRICT JUDGE

DATED: September 19, 2012